PD-1396-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/15/2015 4:02:20 PM
Accepted 5/15/2015 4:44:48 PM
ABEL ACOSTA
CLERK



# NICHOLAS  "NICO"  LaHOOD

## Criminal  District  Attorney

Bexar  County,  Texas

FILED IN
COURT OF CRIMINAL APPEALS

May 15, 2015

May 15, 2015

ABEL ACOSTA, CLERK

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin TX 78711

Re:     Ford v. State, No. PD-1396-14; additional authority

Dear Mr. Acosta:

I will be calling one additional case to the Court's attention during my oral argument in this case on Wednesday, May 20th:

*United States v. Davis*, ___ F.3d ___, No. 12-12928 (11th Cir. delivered May 5, 2015).  Please provide this information to the judges.

Thank you for your help.  If I need to provide any more information, please give me a call.

Very truly yours,

/s/ Jay Brandon

copy:  Cynthia Orr, attorney for appellant